# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeanne Peterson-Price,<br><br>        Plaintiff,<br>v.<br><br>Ficka and Associates,<br><br>        Defendant. | Civ. No. 09-2370 (RHK/SRN)<br><br>**ORDER** |

This matter came before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 6). No Opposition to the Motion has been filed. A hearing on the Motion was held on March 10, 2010, at which Defendant failed to appear.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that Plaintiff's Motion for Default Judgment (Doc. No. 6) is **GRANTED.** Plaintiff shall recover of Defendant $6,492.50, comprising statutory damages of $1,000 and attorneys' fees and costs of $5,492.50.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 10, 2010

                                          s/Richard H. Kyle<br>
                                          RICHARD H. KYLE<br>
                                          United States District Judge